UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:06-cr-00076 |
| ) | |
| CHIAN SPIRIT MARITIME ) | |
| ENTERPRISES, INC., ) | |
| VENETICO MARINE S/A ) | |
| IRENE E/M, Evangelos MADIAS, ) | |
| Christos PAGONES, Adrien ) | |
| DRAGOMIR ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorneys Mark Kotila, Esq. and Jeffrey Phillips, Esq. to appear without local counsel, the reasons stated therein, and the entire record herein, it is this ___14th___ day of ___August___, 2006 hereby

*Denied.* [handwritten]

ORDERED that the United States' motion should be and hereby is ~~granted; and it is,~~

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorneys Mark Kotila, Esq. and Jeffrey Phillips, Esq. are not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with them; and it is,

FURTHER ORDERED that the Clerk's Office provide Department of Justice Attorneys Mark Kotila, Esq. and Jeffrey Phillips, Esq. with an Electronic Filing Log-in and Password so that they may file pleadings in the court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE