# CHALOS, O'CONNOR & DUFFY

ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Siravo

* Admitted in NJ
** Admitted in USDC-SD Tx

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

George M. Chalos
Partner
gmc@codus-law.com


September 8, 2006

**VIA U.S. MAIL**

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 19
Wilmington, DE 19801

Re: United States of America v. Chian Spirit Maritime Enterprises, et al.
Criminal No. 06-76 GMS

Dear Judge Sleet:

We are attorneys for defendants Chian Spirit Maritime Enterprises, Inc. and Venetico Marine S/A, and write in connection with the above referenced matter and further to our attendance before the Court on September 7, 2006. In this regard, and as Your Honor will recall, the name of our Firm has changed as of September 1, 2006 from Fowler, Rodriguez & Chalos, LLP to Chalos, O'Connor & Duffy, LLP, and as such, we are filing this Notice of Change of Firm Name. As per our telecoms with Your Honor's Chambers regarding this issue following our appearance before the Court, we were instructed to submit a letter to Your Honor in this regard.

Accordingly, we respectfully submit the attached Notice of Change of Firm Name for Your Honor's consideration, and thank this Honorable Court for its time and consideration.

Respectfully submitted,

CHALOS, O'CONNOR & DUFFY, LLP

George M. Chalos

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GMC/gkk
Encl:

Cc: Edmond Falgowski, Esq. – Assistant U.S. Attorney
U.S Department of Justice
United States Attorney
District of Delaware
Nemours Building
1007 Orange Street, Suite 700
Post Office Box 2046
Wilmington, Delaware 19899-2046

Mark Kottila, Esq.
Jeffrey Phillips, Esq.
U.S. Department of Justice
Environmental Crimes Section
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20004