UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
----------------------------------------------------------x
UNITED STATES OF AMERICA

v. Criminal No. 06-76 GMS

**NOTICE OF CHANGE OF FIRM NAME**

CHIAN SPIRIT MARITIME
ENTERPRISES, et al.
----------------------------------------------------------x

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for defendants, CHIAN SPIRIT MARITIME ENTERPRISES, INC. and VENETICO MARINE S/A, formerly named Fowler, Rodriguez & Chalos, LLP, have changed the name of the law firm to Chalos, O'Connor & Duffy, LLP.

All future reference to the Firm in this matter should be to Chalos, O'Connor & Duffy, LLP. The Firm's and its lawyer's addresses, phone numbers and faxes have not been affected by this change. The only change is the email address of attorney George M. Chalos, Esq., to gmc@codus-law.com.

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: Port Washington, New York
September 8, 2006

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant
CHIAN SPIRIT MARITIME ENTERPRISES
and VENETICO MARINE S/A

By: ______________________________

George M. Chalos (GC-8693)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Email: gmc@codus-law.com